1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

COLUMBIA MACHINE, INC., a
Washington corporation,

12

                            Plaintiff,

13

        v.

14

BESSER COMPANY, a Michigan
corporation.

15
16

                            Defendant.

17

CASE NO. 10-05667 RBL

ORDER ON PLAINTIFF'S MOTION
TO COMPEL AND DEFENDANT'S
MOTION FOR EXTENSION

        THIS MATTER has been referred to the undersigned Magistrate Judge for purposes of

18

resolving all discovery matters (ECF No. 50).

19

        Currently before the Court is Plaintiff's Motion to Compel Discovery Responses

20

Withheld on Basis of Alleged Need for a Protective Order (ECF No. 37) and Defendant's Motion

21

for Extension of Time to Submit Responses Late and to Adjust Noting Date of Pending Motions

22

by One Week (ECF No. 42).

23
24

Plaintiff's Motion to Compel Discovery largely turns on its inability to obtain a stipulated protective order from Defendant for submission to the Court (ECF No. 37, page 1-5). The problem was resolved by the entry of a Stipulated Protective Order on July 11, 2011 (ECF No. 46).

Defendant's Motion to Submit Responses Late and to Adjust the Noting Date of Pending Motions by One Week stated that it expected to file responses to the motion no later than Monday, July 4, 2011, citing health problems and workload issues (ECF No. 42, page 2). For reasons that are not entirely clear, Defendant failed to file responses by July 4, 2011. It is possible that the Defendant was waiting for this Court to rule. Also, it appears that Defendant has raised objections other than the lack of a protective order as grounds for refusing to produce certain documents. (See, e.g., ECF No. 38, Exhibit E, Responses to Request Nos. 9, 13, 14, 15, 16 and 19.)

Defendant has not shown good cause for further delay since the Protective Order is now in place and the requested extension has long since passed.

Therefore, Plaintiff's motion (ECF No. 37) is GRANTED IN PART. Defendant Besser shall supplement responses to Plaintiff's First Set of Requests for Production of Documents and Things no later than Monday, July 25, 2011 at 5:00 p.m.

To the extent that Defendant asserts other objections to production of documents, a response to Plaintiff's Motion to Compel shall be filed no later than Wednesday, July 27, 2011 at 5:00 p.m. Plaintiff's Reply, if any, shall be filed no later than Friday, July 29, 2011 at 5:00 p.m.

The Clerk is directed to renote Plaintiff's Motion to Compel Discovery Responses (ECF No. 37) for Friday, July 29, 2011 and to strike Defendant's Motion for Extension of Time (ECF No. 42) as moot.

1    Plaintiff's request for attorneys fees and costs (ECF No. 37, page 10) is hereby DENIED,

2    without prejudice.

3
     Dated this 18th day of July, 2011.
4

5

6
                                              _____
7                                             J. Richard Creatura
                                              United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24