UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA MACHINE, INC., a Washington corporation,

                Plaintiff,

    v.

BESSER COMPANY, a Michigan corporation.

                Defendant.

CASE NO. 10-05667 RBL

ORDER ON DEFENDANT BESSER'S MOTION FOR EXTENSION TO SUPPLEMENT DISCOVERY

THIS MATTER has been referred to the undersigned Magistrate Judge for purposes of resolving all discovery matters (ECF No. 50).

Currently before the Court is Defendant Besser's Motion Requesting until August 11, 2011 to Supplement Discovery (ECF No. 54). The Court has reviewed the Declaration of Paul H. Beattie in Support of the Motion (ECF No. 55), Plaintiff Columbia Machine Inc.'s Response (ECF No. 56) and the Declaration of Delfina S. Homen in Opposition to the Motion (ECF No. 57).

1  The Court notes that Defendant's motion was not filed until 9:59 p.m. on July 25, 2011 –

2 almost five (5) hours after the time set by the Court to supplement responses.  Additionally,

3 nothing in the submitted documents addresses the Court's order that no later than Wednesday,

4 July 27, 2011 at 5:00 p.m., Defendant was to assert any other objections to production of

5 documents in response to Plaintiff's Motion to Compel (ECF No. 37).

6  Having failed to comply with the Court's order and having failed to show good cause for

7 further delay, Defendant's Motion Requesting Additional Time to Supplement Discovery is

8 DENIED and Plaintiff's Motion to Compel (ECF No. 37) is GRANTED.

Dated this 8th day of August, 2011.

_____
J. Richard Creatura
United States Magistrate Judge