1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  COLUMBIA MACHINE INC., a
    Washington corporation

11                          Plaintiff,

12          v.

13  BESSER COMPANY, a Michigan
    Corporation,

14

15                          Defendant.

16

CASE NO. 10-cv-05667-RBL

ORDER AWARDING ATTORNEYS
FEES AND COSTS

17          This Court issued an order on December 14, 2011 awarding reasonable attorneys fees and

18  costs to plaintiff for defendant's failure to comply with this Court's previous orders (see ECF

19  Nos. 51, 58, 105).  The December 14, 2011 order was issued pursuant to Fed. R. Civ. P.

20  37(b)(2)(C).

21          The Court has reviewed Plaintiff's Notice of Bill of Costs (ECF No. 119), the Declaration

22  of Delfina S. Homen (ECF No. 120), and the Declaration of Thomas D. Adams (ECF No. 121),

23  as well as the opposing declarations of Paul Beattie (ECF No. 124) and Scott Brumback (ECF

24  No. 123).  In particular, the Court has reviewed each entry set forth in Exhibit A and Exhibit B of

Ms. Homen's declaration (ECF No. 120) and made an independent evaluation of the attorney's fees and costs specifically related to plaintiff's previous motions to compel.

Based on that review, and taking into consideration the issues raised by defendant in its responsive pleadings, defendant is hereby ordered to pay to plaintiff Sixteen Thousand Five Hundred and Ninety-Five Dollars ($16,595) in reasonable attorneys fees and Two Thousand Five Hundred Dollars ($2,500) in reasonable costs.

These funds shall be paid to plaintiff's counsel no later than 5:00 p.m. on February 24, 2012.

Dated this 25th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER AWARDING ATTORNEYS FEES AND
COSTS - 2